IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| REBECCA RODDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No.: 1:09-CV-174 |
| | ) | |
| LEXINGTON INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF
## ORDER OF COMPROMISE AND DISMISSAL

Come now the parties, by and through counsel, and jointly move this Honorable Court to enter an Order of Compromise and Dismissal. A copy of the agreed to Order is attached hereto.

Respectfully submitted, this 28th day of April 2010.

s/ John T. Rice
John T. Rice (BPR # 001021)
P. O. Box 4326
Chattanooga, TN 37405
(423) 265-6828

*Attorney for Plaintiff*

s/ Deborah C. Stevens
Deborah Stevens (BPR #007241)
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
P. O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 28th day of April 2010, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      s/ Deborah C. Stevens
      Deborah C. Stevens (BPR #007241)