# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

REBECCA RODDY, )
)
    Plaintiff, )
)
V. ) No.: 1:09-CV-174
)
LEXINGTON INSURANCE COMPANY, )
)
    Defendant. )

## ORDER OF COMPROMISE AND DISMISSAL

Come now the parties, by and through counsel, and having announced to the Court that all matters in controversy in this cause of action have been compromised and fully settled to each party's satisfaction,

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the cause be and the same is hereby dismissed with full prejudice, without the right of the Plaintiffs to re-file the same. Each party shall bear their own discretionary costs.

ENTER this the _____ day of _____ 2010.

                                                      /s/ Curtis L. Collier
                                                      JUDGE

**APPROVED FOR ENTRY:**

_[signature]_
John T. Rice (BPR # 001021)
P.O. Box 6096
Chattanooga, TN 37401
(423) 265-6828

*Attorney for Plaintiff*

_____
Deborah Stevens (BPR #007241)
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
P. O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646

*Attorneys for Defendant*